```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00108
   ANGELA M NEWSOME
   SOLOMON D MUHAMMAD                       CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7438    SSN XXX-XX-0567

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/03/2005 and was confirmed 02/14/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 12/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AURORA LOAN SERVICES     CURRENT MORTG           .00              .00            .00
AURORA LOAN SERVICES     MORTGAGE ARRE      16601.71              .00       16601.71
EVERGREEN FINANCE        SECURED                 .00              .00            .00
NUVELL CREDIT CO LLC     SECURED            10000.00          1598.38       10000.00
NUVELL CREDIT CO LLC     UNSECURED           4501.98              .00         450.20
ROBERT J ADAMS & ASSOC   PRIORITY          NOT FILED              .00            .00
AAA CHECKMATE            UNSECURED            310.82              .00          31.08
ACCOUNT RECEIVABLE MG    UNSECURED          NOT FILED             .00            .00
BLATT HASENMILLER LEIBSK UNSECURED          NOT FILED             .00            .00
CAPITAL ONE BANK         UNSECURED          NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED           5861.71              .00         586.17
CITY OF CHICAGO PARKING  UNSECURED            600.00              .00          60.00
CODILIS & ASSOCIATES ^   NOTICE ONLY        NOT FILED             .00            .00
COLLECTECH               UNSECURED          NOT FILED             .00            .00
PREMIER BANCARD CHARTER  UNSECURED            428.19              .00          42.82
FRIEDMAN & WEXLER        UNSECURED          NOT FILED             .00            .00
G C SERVICES .           UNSECURED          NOT FILED             .00            .00
ILLINOIS SECRETARY OF ST UNSECURED          NOT FILED             .00            .00
JC CHRISTENSEN & ASSOC   UNSECURED          NOT FILED             .00            .00
KOMYATTE & FREELAND      UNSECURED          NOT FILED             .00            .00
KOMYATTE & FREELAND      UNSECURED          NOT FILED             .00            .00
MED BUS/ OAK LAWN RADIOL UNSECURED          NOT FILED             .00            .00
PROVIDIAN                UNSECURED          NOT FILED             .00            .00
MCSI/RMI                 UNSECURED            250.00              .00          25.00
ROUNDUP FUNDING LLC      UNSECURED           1556.37              .00         155.64
WELLS FARGO AUTO FINANCE NOTICE ONLY        NOT FILED             .00            .00
UNITED CONSUMER FINANCIA UNSECURED           1167.48              .00         116.75
WOLPOFF & ABRAMSON LLP   NOTICE ONLY        NOT FILED             .00            .00
ASSET ACCEPTANCE CORP    UNSECURED            153.44              .00          15.34
NUVELL CREDIT CO LLC     NOTICE ONLY        NOT FILED             .00            .00
RICHARD KOMYATTE & ASSOC UNSECURED            473.00              .00          47.30
ROBERT J ADAMS & ASSOC   REIMBURSEMENT        194.00              .00         194.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 00108 ANGELA M NEWSOME & SOLOMON D MUHAMMAD
```

```
CFC FINANCIAL CORPORATIO UNSECURED       NOT FILED              .00             .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY    2,790.00                            2,790.00
TOM VAUGHN               TRUSTEE                                            2,044.94
DEBTOR REFUND            REFUND                                             1,600.67

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   36,360.00

PRIORITY                                           194.00
SECURED                                         26,601.71
    INTEREST                                     1,598.38
UNSECURED                                        1,530.30
ADMINISTRATIVE                                   2,790.00
TRUSTEE COMPENSATION                             2,044.94
DEBTOR REFUND                                    1,600.67
                         ---------------     ---------------
TOTALS                    36,360.00             36,360.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 03/05/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```